| | |
|---|---|
| 1 | AMANDA FITZSIMMONS (Bar No. 258888) |
| 2 | amanda.fitzsimmons@dlapiper.com<br>DLA PIPER LLP (US) |
| 3 | 401 B Street, Suite 1700<br>San Diego, California 92101-4297 |
| 4 | Tel: 619.699.2700<br>Fax: 619.699.2701 |
| 5 | EDWARD S. SCHEIDEMAN (*Pro Hac Vice*) |
| 6 | edward.scheideman@dlapiper.com<br>VICTORIA A. BRUNO (*Pro Hac Vice*) |
| 7 | victoria.bruno@dlapiper.com<br>DLA PIPER LLP (US) |
| 8 | 500 Eighth Street, NW<br>Washington, D.C. 20004 |
| 9 | Tel: 202.799.4000<br>Fax: 202.799.5000 |
| 10 | DAVID S. DURHAM (Bar No. 76296) |
| 11 | david.durham@dlapiper.com<br>DLA PIPER LLP (US) |
| 12 | 555 Mission Street, Suite 2400<br>San Francisco, California 94105-2933 |
| 13 | Tel: 415.836.2500<br>Fax: 415.836.2501 |
| 14 | Attorneys for Plaintiff |
| 15 | PRIME HEALTHCARE SERVICES, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES, INC., | CV NO. 3:14-cv-02553-GPC-RBB |
| Plaintiff, | **PLAINTIFF PRIME HEALTHCARE SERVICES, INC.'S EX PARTE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM SOLELY TO PROVIDE LEGAL CITATIONS REQUESTED BY THE COURT DURING THE FEBRUARY 20, 2015 HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION; SERVICE EMPLOYEES INTERNATIONAL UNION - UNITED HEALTHCARE WORKERS WEST; CHANGE TO WIN; CTW INVESTMENT GROUP; MARY KAY HENRY; DAVE REGAN; and TOM WOODRUFF, | [Doc. No. 50] |
| Defendants. | |

Plaintiff Prime Healthcare Services, Inc. ("Prime") hereby submits its Ex Parte Motion for Leave to File a Supplemental Memorandum Solely to Provide Legal Citations Requested by the Court During the February 20, 2015 Hearing on Defendants' Motion to Dismiss, and states:

On February 20, 2015, the Court held a hearing on Defendants' Motion to Dismiss.

When discussing the role of the defendants' "intent" in seeking to obtain the plaintiff's property for purposes of extortion in violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, Prime cited to *Scheidler v. Nat'l Org. for Women, Inc.*, 537 U.S. 393 (2003) and *United States v. Gotti*, 459 F.3d 296 (2d Cir. 2006) during oral argument.

The Court asked whether Prime had citations to those cases, and counsel for Prime offered to provide them. Through Prime's Supplemental Memorandum, attached hereto as Exhibit A, Prime now provides those citations to *Scheidler* and *Gotti*.

For the above reasons, the Court should grant Prime's motion for leave to file the attached Supplemental Memorandum.

Dated: March 3, 2015

DLA PIPER LLP (US)

By  *s/ Edward S. Scheideman*
EDWARD S. SCHEIDEMAN
VICTORIA A. BRUNO
AMANDA C. FITZSIMMONS
DAVID S. DURHAM

Attorneys for Plaintiff
PRIME HEALTHCARE SERVICES, INC.